RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
SHANNON SMYTH-MENDOZA, Sr. Deputy City Attorney (#188509)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for OFFICER FLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES ALLEN BUSH,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER FLORES,<br><br>        Defendants. | Case Number: 09-CV-01024 RS (NJV)<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE- PLAINTIFF JAMES ALLEN BUSH (DWF967-08086698)** |

   Inmate-Plaintiff James Allen Bush (DWF967-08086698), who is representing himself in the above-entitled action, is a necessary and material witness to the settlement conference scheduled to take place before the Honorable Nandor J. Vadas at **9:00 a.m. on January 31, 2011 in Courtroom D on the 15th Floor of 450 Golden Gate Avenue, San Francisco, CA 94102**.

   Inmate Bush is currently confined at the Santa Clara County Main Jail, in San Jose, California, in the custody of the Warden. To secure Inmate Bush's attendance at this settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding Inmate Bush's custodian to produce him at the abovementioned time and place, until the completion of this proceeding or as ordered by the Court, and thereafter to return Inmate Bush to the Santa Clara County Main Jail.

ACCORDINGLY, IT IS ORDERED THAT:

1.     A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden of the Santa Clara County Main Jail and the California Department of Corrections and Rehabilitation to produce Inmate James Allen Bush (DWF967-08086698) for a settlement conference at 9:00 a.m. on January 31, 2011 in Courtroom D on the 15th Floor of 450 Golden Gate Avenue, San Francisco, CA 94102, until the completion of this proceeding or as otherwise ordered by the Court, and thereafter to return Inmate Bush to the Santa Clara County Main Jail.

**2.**     The custodian is further ordered to notify the Court of any change in the custody of Inmate Bush and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the Santa Clara County Main Jail:**

YOU ARE COMMANDED to produce Inmate James Allen Bush (DWF967-08086698), for a settlement conference on at 9:00 a.m. on January 31, 2011 in Courtroom D on the 15th Floor of 450 Golden Gate Avenue, San Francisco, CA 94102, until the completion of this proceeding or as otherwise ordered by the Court, and thereafter to return Inmate Bush to the Santa Clara County Main Jail.

FURTHER, you have been ordered to notify the Court of any change in the custody of Inmate Bush, and have been ordered to provide a copy of this order to any new custodian.

Dated: January 10, 2011

_____
Nandor Vadas
United States Magistrate Judge