UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ALLEN BUSH,

    Plaintiff,

  v.

OFFICER FLORES,

    Defendants.
_____/

No. C 09-1024 RS/NJV

AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JAMES ALLEN BUSH whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.  The United States Marshals Service shall serve said Writ upon the Chief of Correction of the Santa Clara County Jail.

Dated: January 12, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Chief of Correction, Santa Clara County Jail

GREETING

WE COMMAND that you have and produce the body of James Allen Bush in your custody in the hereinabove-mentioned institution, before the United States District Court on January 31, 2011, at 9:00 a.m., Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Bush v. Flores et al., and at the termination of said hearing

writ ad test

1  return him forthwith to said hereinabove-mentioned institution, or abide by such order of the
2  above-entitled Court as shall thereafter be
3  made concerning the custody of said prisoner, and further to produce said prisoner at all times
4  necessary until the termination of the proceedings for which his testimony is required in this
5  Court;
6      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District
7  Court for the Northern District of California.
8  Dated: January 12, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: *Gloria Masterson*
     DEPUTY CLERK

Dated:  January 12, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

IT IS SO ORDERED
Judge Nandor J. Vadas

writ ad test