*E-Filed 1/21/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, | No. C 09-01024 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| OFFICER FLORES, et al., | |
| Defendants. / | |

This is a federal civil rights action brought by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. The date for the completion of mediation proceedings is extended to April 1, 2011.

**IT IS SO ORDERED**.

DATED: January 20, 2011

RICHARD SEEBORG
United States District Judge

No. C 09-01024 RS (PR)
ORDER EXTENDING TIME