**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES A. BUSH,                                        No. C-09-01024

          Plaintiff(s),

                                                     **ORDER** VACATING WRIT OF HABEAS
     v.                                              CORPUS AD TESTIFICANDUM

SAN JOSE POLICE OFFICER,

          Defendant(s).
_____/

          IT IS ORDERED THAT the Writ of Habeas Corpus Ad Testificandum (Docket No. 112)

ordering that the Chief of Correction at the Santa Clara County Jail produce inmate James Bush at

the Courthouse at 450 Golden Gate Avenue, San Francisco, California on January 31, 2011 is

hereby VACATED.

Dated: January 21, 2011

IT IS SO ORDERED
Judge Nandor J. Vadas

_____
                      Magistrate Judge