UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ALAN BUSH,

    Plaintiff,                                                   No. C 09-1024 RS/NJV

  v.                                                                          WRIT OF HABEAS CORPUS
                                                                                  AD TESTIFICANDUM
FLORES, et al.,

    Defendants.
_____/

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JAMES ALAN BUSH whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.  The United States Marshals Service shall serve said Writ upon the Sheriff of Santa Clara County.

Dated: January 27, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

    TO:    SHERIFF , Laurie Smith, Santa Clara County Jail

GREETING

WE COMMAND that you have and produce the body of James Alan Bush in your custody in the hereinabove-mentioned Institution, before the United States District Court on February 25, 2011 at 9:00 a.m., Courtroom D, 15th Floor, in order that said prisoner may then and there   participate in the SETTLEMENT CONFERENCE in the matter of  BUSH V. FLORES, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be

writ ad test

1 | made concerning the custody of said prisoner, and further to produce said prisoner at all times
2 | necessary until the termination of the proceedings for which his testimony is required in this
3 | Court;
4 |    Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District
5 | Court for the Northern District of California.

Dated: January 27, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

writ ad test