UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ALAN BUSH,

        Plaintiff,                        No. C 09-1024-RS (NJV)

  v.                               WRIT OF HABEAS CORPUS
                                       AD TESTIFICANDUM

FLORES, et al.,

        Defendants.
_____/

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JAMES ALAN BUSH whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required. The United States Marshals Service shall serve said Writ upon the Sheriff of Santa Clara County.

Dated: February 16, 2011

                                           _____
                                           NANDOR J. VADAS
                                           United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    LAURIE SMITH, SHERIFF OF SANTA CLARA COUNTY

<u>GREETINGS</u>

      WE COMMAND that you have and produce the body of JAMES ALAN BUSH in your custody in the Santa Clara County Jail, before the United States District Court in San Jose, California, on February 25, 2011, at 9:00 a.m., Courtroom 5, 4th Floor, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of BUSH v. FLORES, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by

*writ ad test*

such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable NANDOR J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 16, 2011

                                      RICHARD WIEKING  
                                      CLERK, UNITED STATES DISTRICT COURT

                                          /s/ Linn Van Meter  
                                    By: _____  
                                             Linn Van Meter  
                                             Administrative Law Clerk

Dated:  February 16, 2011



                                      NANDOR J. VADAS  
                                      United States Magistrate Judge

*writ ad test*