*E-Filed 10/17/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, | No. C 09-1024 RS (PR) |
|     Plaintiff, | **ORDER APPOINTING COUNSEL** |
|     v. | |
| OFFICER FLORES, et al., | |
|     Defendants. | |

The Court having determined that it would be beneficial to have counsel assist plaintiff in this matter and having located volunteer counsel willing to be appointed to represent plaintiff, it is hereby ordered that Marisa Armanino Williams and David Saunders of Kaye Scholer LLP are appointed as counsel for all purposes for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. All further proceedings are STAYED for four weeks from the date of this order. A trial date has not yet been set in this action. The Clerk shall send a copy of this Order to Marisa Armanino Williams and David Saunders at Kaye Scholer LLP, Two Palo Alto Square, 3000 El Camino Real Ste 400, Palo Alto, CA 94306. The Clerk shall also send a copy of this order to plaintiff and defendants' counsel.

**IT IS SO ORDERED**.

DATED: October 17, 2011

                                                    RICHARD SEEBORG
                                                  United States District Judge