*E-Filed 2/24/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES ALAN BUSH,            No. C 09-1024 RS (PR)

      Plaintiff,               **CASE MANAGEMENT SCHEDULING ORDER**

  v.

OFFICER FLORES, et al.,

      Defendants.

_____/

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 23, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.   DISCOVERY. On or before September 28, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

      2.   EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

      A. On or before October 12, 2012, plaintiffs shall disclose expert testimony reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

      B. On or before November 2, 2012, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before November 23, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **October 4, 2012 at 10:00 a.m**. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than February 7, 2013.

5. PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before March 14, 2013, counsel shall file a Joint Pretrial Statement.

6. PRETRIAL CONFERENCE. The final pretrial conference will be held on **March 28, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

7. TRIAL DATE. Trial shall commence on **April 8, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 2/24/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2