*E-Filed 4/5/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER FLORES, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 09-1024 RS (PR)<br><br>**ORDER GRANTING MOTION TO WITHDRAW;**<br><br>**ORDER REFERRING THE ACTION TO MEDIATION** |

　　　Plaintiff's legal representative, Kaye Scholer LLP, has moved to withdraw as counsel of record in this action. (Docket No. 134.) Good cause appearing therefor, the motion is GRANTED. Kaye Scholer LLP is no longer the counsel of record in this action. The Clerk will amend the docket to reflect this fact, and that plaintiff is at present without counsel. This order renders the hearing scheduled for April 12, 2012 moot. Accordingly, the hearing date is VACATED, and no parties shall appear on that date. This order also renders moot Kaye Scholer LLP's motion to shorten time (Docket No. 135), which is hereby DENIED.

　　　The Court's scheduling order (Docket No. 133) is hereby VACATED. This matter is hereby REFERRED to mediation to be conducted by the Court's Alternative Dispute Resolution Department. Mediation is to be completed within 180 days of the issuance of this order. The Clerk shall terminate Docket Nos. 134 and 135.

**IT IS SO ORDERED**.

DATED: April 5, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　United States District Judge

No. C 09-1024 RS (PR)
ORDER GRANTING MOT. TO WITHDRAW