1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES ALAN BUSH,

                 Plaintiff,

  vs.

OFFICER FLORES, et al.,

                 Defendants.

_____/

No. C 09-1024 RS (PR)

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED**

      This is a civil rights complaint filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff failed to attend a telephonic initial case management conference on August 30, 2012. This is the second such conference plaintiff has missed. Accordingly, within 30 days from the date of this order, plaintiff must show the Court good cause why the action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Failure to file such a document within 30 days from the date of this order will result in the dismissal of the action <u>with</u> <u>prejudice</u> for failure to prosecute. **<u>No extensions of time will be granted.</u>**

           **IT IS SO ORDERED**.

DATED: September 4, 2010

          RICHARD SEEBORG
          United States District Judge