**\*E-Filed 10/4/12\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES ALAN BUSH,                                         No. C 09-1024 RS (PR)

                 Plaintiff,                **ORDER OF DISMISSAL**

  vs.

OFFICER FLORES, et al.,

                Defendants.
_____/

    This is a civil rights action.  Plaintiff was granted 30 days to show cause why the action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  Thirty days have passed, and plaintiff has filed no response. Accordingly, the action is hereby DISMISSED with prejudice for failure to prosecute. Pursuant to Rule 41(b), this order shall constitute a judgment on the merits.  The Clerk shall enter judgment in favor of defendants, and close the file.

               **IT IS SO ORDERED**.

DATED:  October 4,  2012

                            RICHARD SEEBORG
                        United States District Judge